UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

                                 MISC. NO. 11-mc-51113

-vs-

                                 HON. PAUL D. BORMAN

MICHAEL CARLSON,

        Respondent.
_____/

## ORDER AND JUDGMENT

    Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the collection of the tax liabilities of respondent, Michael Carlson, and the petition and order having been personally served upon him on September 15, 2011, this cause having come on before the undersigned pursuant to an Order to Show Cause issued September 12, 2011, and due deliberation having been had herein; it is hereby

    ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

    ORDERED that the respondent, Michael Carlson, appear before Revenue Officer Patricia Hall or her designated representative at 9:00 a.m. on November 1, 2011, at 1270 Pontiac Road, Pontiac, Michigan, then and there to be sworn, to give testimony, and to

produce for examination and copying the books, records, papers and other data demanded by the summons served upon Michael Carlson on February 10, 2011, the examination to continue from day to day until completed.

*[signature]*

PAUL D. BORMAN
United States District Judge

Entered: 10-18-11